IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                        )<br>            Plaintiff,                     )<br>                                                        )<br>      vs.                                          )          CR No. 07-766 WJ<br>                                                        )<br>OWEN PUCKETT,                       )<br>                                                        )<br>            Defendant.                  )  | |

## SENTENCING MEMORANDUM

**COMES NOW**, Defendant, Owen Puckett, Defendant by and through his attorney James P. Baiamonte; does hereby submit this Sentencing Memorandum.

Defendant appears before the Honorable Court for final sentencing.

The presentence report (PSR) was prepared and disclosed to Defendant's attorney on January 23, 2009.

Defendant pled guilty pursuant to Fed R.Cr.Pro. 11( c)(1)( C), to a term of imprisonment of twenty (20) years.

Defendant raises only minor factual disputes with the PSR. Defendant has never used the alias One Puckett or Owen Tuckett, PSR P. 2, nor has Defendant used an alias Social Security Number, PSR P. 2.

Defendant's mother's true name is Helen Vollmer, PSR P. 38, ¶ 36.

Defendant respectfully requests the Court to adjudge a sentence of 240 months and any other relief the Court deems just and proper under the circumstances.

        Respectfully Submitted,

        */s/ Electronically Filed February 10, 2009*

        JAMES BAIAMONTE
        Attorney for Defendant
        900 Lomas Blvd NW
        Albuquerque, NM 87102
        505/246-8166

**CERTIFICATION**

    I hereby certify that a true and accurate copy of the foregoing Sentencing Memorandum was emailed to counsel of record by CM/ECF this 10th day of February, 2009.

        *Electronically Filed February 10, 2009*
        James P. Baiamonte

.